**Dewayne Lee ANTHONY,
Plaintiff—Appellant,**

v.

**John Harvey SMITH, Defendant—
Appellee.**

**No. 10–7138.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 30, 2010.

Decided: Dec. 7, 2010.

Dewayne Lee Anthony, Appellant Pro Se. Oliver Gray Wheeler, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dewayne Lee Anthony appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Anthony v. Smith,* No. 5:10–cv–00033–GCM (W.D.N.C. Aug. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*